IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| JANE DOE, individually and on behalf of all others similarly situated, | : : : | Case No. 1:23-cv-741 |
| Plaintiffs, | : : | Judge Matthew W. McFarland |
| v. | : : | |
| THE KROGER COMPANY, | : : | |
| Defendant. | : | |

# ORDER

The above-captioned matter is hereby TRANSFERRED from the docket of the Honorable Matthew W. McFarland to the Clerk of this Court for reassignment.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: ___*/s/ Matthew W. McFarland*___
JUDGE MATTHEW W. McFARLAND